UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 17-2468-MWF(ASx)** | Dated: **June 12, 2017** |
| Title: | Manuel Marquez -v- United Parcel Service Co., et al. | |

PRESENT: HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Rita Sanchez | Lisa Gonzalez |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| Timothy E. Kearns | Amber M. Grayhorse |
| | Jessica M. Iglesias |

**PROCEEDINGS:** **PLAINTIFF'S MOTION TO REMAND CASE TO LOS ANGELES SUPERIOR COURT [11]; DEFENDANT UNITED PARCEL SERVICE, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS [15]**

The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

Case called, and counsel make their appearance. The Court hears oral argument from counsel and takes the matter under submission. An order will issue.

IT IS SO ORDERED.

Initials of Deputy Clerk  rs

-1-                              : 07  min